# UNITED STATES DISTRICT COURT

WESTERN DISTRICT      District of      WASHINGTON

JONATHAN SCHMAUTZ, an individual,

Plaintiff (s),

V.

TRAVELERS INDEMNITY COMPANY, an insurance company with its headquarters in Hartford, Connecticut, and licensed to do, and doing business in the State of Washington,      Defendant (s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER:      2:17-cv-00844-JCC

Notice is hereby given that, subject to approval by the court,      Travelers Indemnity Company      substitutes
(Party (s) Name)

William W. Simmons      , State Bar No.      35604      as counsel of record in
(Name of New Attorney)

place of      Daniel L. Syhre and Kathryn Naegli Boling
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

Firm Name:      Lewis Brisbois Bisgaard & Smith, LLP

Address:      1111 Third Avenue, Suite 2700, Seattle, WA 98101

Telephone:      (206) 436-2020      Facsimile      (206) 436-2030

E-Mail (Optional):      heather.jensen@lewisbrisbois.com, william.simmons@lewisbrisbois.com

I consent to the above substitution.

Date:      8/14/17

(Signature of Party (s))

I consent to being substituted.

Date:      8/11/2017

(Signature of Former Attorney (s))

I consent to the above substitution.

Date:      8/14/17

(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date:      8/15/2017

Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]